

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8330

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Angelica SAINZ-Lopez | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about April 17, 2008, within the Southern District of California, defendant Angelica SAINZ-Lopez did knowingly and intentionally import approximately 32.92 kilograms (72.42 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

BRANDON M. WOOD
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 18th, DAY OF APRIL 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Angelica SAINZ-Lopez

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Brandon Wood.

On April 17, 2008, at approximately 1311 hours, Angelica SAINZ-Lopez entered the United States at the Calexico, California East Port of Entry (POE). SAINZ was the driver, registered owner, and occupant of a 2002 Dodge Dakota with Mexican license plate number BM69111. SAINZ was accompanied by her minor daughter.

Customs and Border Protection Officer (CBPO) E. Bosquet was manning primary lane three when Angelica SAINZ-Lopez applied for entry into the United States driving a 2002 Dodge Dakota. SAINZ presented CBPO E. Bosquet with a valid DSP-150. SAINZ's presented a valid DSP-150 for her daughter to CBPO E. Bosquet. While conducting an inspection of the vehicle, CBPO E. Bosquet noticed a black spray like paint near the rear driver's side tire. CBPO E. Bosquet tapped the gas tank and noticed that it felt solid. CBPO E. Bosquet escorted SAINZ, her daughter and the vehicle to the vehicle secondary lot for a more intensive inspection of the vehicle.

During the secondary inspection, CBPO E. Bosquet asked Customs and Border Protection Canine Officer (CEO) I. Cuen to utilize his Human Narcotics Detector Dog (HNDD) on the vehicle. CEO I. Cuen's HNDD alerted to the interior of the vehicle. CEO I. Cuen notified CBPO E. Bosquet of the alert.

CBPO E. Bosquet drove the vehicle to the vehicle x-ray machine where operator CBPO S. Apolinar informed CBPO E. Bosquet that the vehicle had anomalies within the gas tank. The gas tank was removed and opened, and CBPO E. Bosquet was able to see several packages. One of the packages was probed and produced a green, leafy substance that field tested positive for marijuana.

A total of thirty one (31) packages were retrieved from the gas tank with a total weight of 32.92 kilograms (72.42 pounds).

Special Agent (SA) Brandon Wood placed SAINZ under arrest for violation of Title 21 United States Code 952 and 960, Importation of a Controlled Substance. SAINZ was advised of her Constitutional Rights, per Miranda, which she acknowledged and waived.

SAINZ admitted knowledge that a controlled substance was concealed within the vehicle. SAINZ stated to SA Wood that the smuggling organization was going to pay her $2500.00 to smuggle the controlled substance into the United States and drop it off at a "Days Inn" motel in Perris, California. SAINZ was processed, booked, and transported to Imperial County Jail.