FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1600-BTM |
|---|---|
| Plaintiff, | ) I N F O R M A T I O N |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ANGELICA SAINZ-LOPEZ, | ) |
| Defendant. | ) |

The United States Attorney charges:

On or about April 17, 2008, within the Southern District of California, defendant ANGELICA SAINZ-LOPEZ, did knowingly and intentionally import approximately 32.92 kilograms (72.42 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 15, 2008.

KAREN P. HEWITT
United States Attorney

CALEB MASON
Assistant U.S. Attorney

CEM:mg:Imperial
5/14/08